IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSICA SMITH | Criminal Action No.<br><br>1:24-cr-00369-MHC |

## FINAL ORDER AND JUDGMENT OF FORFEITURE

This matter is before the Court on the Government's Motion for Final Order of Forfeiture for property seized from the Defendant, Jessica Smith. The Court entered the Consent Preliminary Order of Forfeiture on January 15, 2025, forfeiting the Defendant's interest in the following property to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

    a. One (1) Ohio Ordnance Works, model M240 SLR, 7.62mm caliber rifle, serial number: 241173.

(Doc. 11.)

In accordance with the notice requirements set forth in 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), the United States published notice of the preliminary order of forfeiture, and of its intent to dispose of the property, on the official government internet site forfeiture.gov for at least 30 consecutive days. (Doc. 14.) However, no one has filed a petition to the property, and the deadline for doing so has expired.

This Court, having found that the Defendant's interest was forfeited to the United States in the Consent Preliminary Order of Forfeiture, that the United

States published notice of the Preliminary Order of Forfeiture, and of its intent to dispose of the property, in accordance with 21 U.S.C. § 853(n) and 28 U.S.C. § 2461(c), that no third party has filed a petition claiming an interest in the property and that the time for filing such petition has expired, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. A final forfeiture judgment against the following property is hereby entered pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

   a. One (1) Ohio Ordnance Works, model M240 SLR, 7.62mm caliber rifle, serial number: 241173

2. All right, title and interest in the above property is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED THIS ___28th___ day of __April_____, 2025.

_____
MARK H. COHEN
UNITED STATES DISTRICT JUDGE

Prepared by
Nicholas L. Evert, Assistant United States Attorney
(404) 581-6000